UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW PITZER,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN M.A. DELAFOISSE, FPC YANKTON;<br><br>Defendant. | 4:26-CV-04035-ECS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION IN FULL AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner Matthew Pitzer filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and the District of South Dakota's Civil Local Rule of Practice 72.1.A.2(b). On July 16, 2026, Magistrate Judge Veronica L. Duffy submitted a report and recommended that Respondent's motion to dismiss be granted and Pitzer's habeas petition be dismissed without holding an evidentiary hearing. Doc. 13. In the recent Eighth Circuit decision, Osorio-Calderon v. Warden, FCI Sandstone, 179 F.4th 1158 (8th Cir. 2026), the panel affirmed the dismissal of a federal prisoner's habeas corpus petition, holding that courts cannot review challenges regarding Bureau of Prisons discretionary transfer decisions under the First Step Act (FSA). Osorio-Calderon, 179 F.4th at 1164–65. Here, Pitzer seeks application of FSA credits that he alleges were improperly withheld. Doc. 1 at 14–15; see also Doc. 13 at 3. But the ruling in Osorio-Calderon mandates dismissal of Pitzer's habeas petition. The time for objecting to the report and

recommendation has passed. Doc. 13 at 4. No objections have been filed in this case. The Court has considered the case de novo and adopts the Report and Recommendation in full.

Accordingly, it is

ORDERED that the Magistrate Judge's Report and Recommendation, Doc. 13, is adopted in full, and Respondent's request to dismiss, Doc. 6, is granted. Pitzer's petition under 28 U.S.C. § 2241, Doc. 1, is dismissed without prejudice.

DATED this 7th day of October, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE